federal court of appeals
ninth circuit

| | | |
|---|---|---|
| i, a man | ) | |
| Prosecutor | ) | Case No. 17-15243 |
| v | ) | |
| | ) | |
| | ) | District Case No 2:17-CV-170 |
| Donald Baker, Deputy Clerk, | ) | |
| Donald B Verilli, Jr., US Solicitor General | ) | |
| Erik Fossum, Deputy Clerk | ) | |
| Terry Means, Judge | ) | |
| Jacqueline Hong-Ngoc Nguyen, Judge | ) | |
| Jeffrey L. Cureton, Magistrate Judge | ) | |
| Joe Fish, Judge | ) | |
| John McBryde, Judge | ) | |
| Linda B Miles, Deputy Clerk | ) | |
| Lyle Cayce, Clerk | ) | |
| Melissa Mattingly, Deputy Clerk | ) | |
| Nancy F Dolly, Deputy Clerk | ) | |
| Neil V. Wake, Judge | ) | |
| Paul Stickney, Magistrate Judge | ) | |
| Raymond C Fisher, Judge | ) | |
| Reed O'Connor, Judge | ) | |
| Richard C. Tallman, Judge | ) | |
| Sam Cummings, Judge | ) | |
| Scott S Harris, Clerk, | ) | |
| Stephen McNamee, Judge | ) | |
| Other unknown judges | ) | |
| Other unknown clerks | ) | |
| Wrongdoers | ) | |

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FEB 21 2017

FILED_____ _____
DOCKETED_____ _____
          DATE        INITIAL

---

i, require no excise tax / filing fee / extortion

---

i require no excise tax / filing fee / extortion because
   a) i am not a US citizen,
   b) i am not a government employee,
   c) i am not a cestui que trust,
   d) i do not have a social security number and;
   e) i have never had a social security number
   f) you have no right to assault me with your "In Forma Pauperis" interrogatory (attached)
   g) your excise tax / filing fee / extortion ONLY applies to your US citizen / government
      employee / cestui que trust
as found in the declaration attached.

_____, Glen

16 February 20

**Form 4.**    **Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

This form is available as a fillable version at:
*http://cdn.ca9.uscourts.gov/datastore/uploads/forms/Form4-IFP-Affidavit.pdf*

**Instructions**: Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FEB 21 2017

**Case No.** 17-15243

**Appellant(s) or Petitioner(s)**    i, a man

FILED
DOCKETED    DATE    INITIAL

v.

**Appellee(s) or Respondent(s)**    DONALD BAKER, et al

---

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, ~~because of my poverty,~~ BECAUSE IT IS NOT APPLICABLE I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. ~~28 U.S.C. sec. 1746; 18 U.S.C. sec. 1621.~~ AS FOUND IN THE ATTACHED DECLARATION

**Signed:** _(signature)_    **Date:** FEBRUARY 16, 2017

---

My issues on appeal are:

DENIALS OF JUSTICE BY CLERKS
MASQUERADING AS ~~JUSTICE~~ JUDGES
WHO ARE BOUGHT & PAID FOR,
IN SPITE OF TREATY OBLIGATIONS
TO THEIR ROMAN CULT HANDLERS

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. *(Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.)*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and Dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child Support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment Payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-Assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify) N/A | $ N/A | $ N/A | $ N/A | $ N/A |
| TOTAL MONTHLY INCOME: | $ N/A | $ N/A | $ N/A | $ N/A |

*SEE ATTACHED DECLARATION*
*THIS IN NOBODY'S BUSINESS BUT MY OWN*

2. List your employment history for the past two years, most recent employer first.
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|----------|---------|---------------------|---|-------------------|
| N/A | N/A | From N/A | To N/A | $ N/A |
| N/A | N/A | From N/A | To N/A | $ N/A |
| N/A | N/A | From N/A | To N/A | $ N/A |
| N/A | N/A | From N/A | To N/A | $ N/A |

NONE OF THIS IS ANY OF YOUR BUSINESS!!!

3. List your spouse's employment history for the past two years, most recent employer first.
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|----------|---------|---------------------|---|-------------------|
| N/A | N/A | From N/A | To N/A | $ N/A |
| N/A | N/A | From N/A | To N/A | $ N/A |
| N/A | N/A | From N/A | To N/A | $ N/A |
| N/A | N/A | From N/A | To N/A | $ N/A |

SEE ATTACHED DECLARATION

4.  How much cash do you and your spouse have?   $ _N/A_

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account .*

SEE ATTACHED DECLARATION

5.  List the assets, and their values, which you own or your spouse owns. *(Do not list clothing and ordinary household furnishing.)*

NONE OF THIS IS ANY OF YOUR BUSINESS

| Home | Value |
|---|---|
| N/A | $ N/A |
| **Other Real Estate** | **Value** |
| N/A | $ N/A |

| Motor Vehicle: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

*Assets continued on next page*

| Other Assets | Value |
|---|---|
| N/A | $ N/A |
| N/A | $ N/A |
| N/A | $ N/A |

NONE OF THIS IS ANY OF YOUR BUSINESS!!!

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

SEE ATTACHED DECLARATION

7. State the persons who rely on you or your spouse for support. *(If a dependent is a minor, list only the initials and not the full name.)*

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. *(Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.)*

SEE ATTACHED DECLARATION

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment *(include lot rented for mobile home)* <br> - Are real estate taxes included? ☐ Yes ☐ No <br> - Is property insurance included? ☐ Yes ☐ No <br> N/A | $ N/A | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* N/A | $ N/A | $ N/A |
| Home maintenance *(repairs and upkeep)* N/A | $ N/A | $ N/A |
| Food N/A | $ N/A | $ N/A |
| Clothing N/A | $ N/A | $ N/A |
| Laundry and dry-cleaning N/A | $ N/A | $ N/A |
| Medical and dental expenses N/A | $ N/A | $ N/A |
| Transportation *(not including motor vehicle payments)* N/A | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. N/A | $ N/A | $ N/A |
| Insurance *(not deducted from wages or included in mortgage payments)* N/A | | |
| - Homeowner's or renter's............................................ N/A | $ N/A | $ N/A |
| - Life............................................................................ N/A | $ N/A | $ N/A |
| - Health....................................................................... N/A | $ N/A | $ N/A |
| - Motor Vehicle.......................................................... N/A | $ N/A | $ N/A |
| - Other: N/A | $ N/A | $ N/A |
| Taxes *(not deducted from wages or included in mortgage payments)* <br> Specify: N/A | $ N/A | $ N/A |
| Installment payments | | |
| - Motor Vehicle.......................................................... N/A | $ N/A | $ N/A |
| - Credit Card *(Name)*: N/A | $ N/A | $ N/A |
| - Department Store *(Name)*: N/A | $ N/A | $ N/A |
| - Motor Vehicle.......................................................... N/A | $ N/A | $ N/A |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for the operation of business, profession, or farm *(attach detailed statement)* | $ N/A | $ N/A |
| Other *(specify)* N/A | $ N/A | $ N/A |
| **Total Monthly Expenses:** | $ N/A | $ N/A |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? N/A ☐ Yes ☐ No

    *If yes, describe on an attached sheet.*

    N/A

10. Have you spent--or will you be spending--any money for expenses or attorney fees in connection with this lawsuit? N/A ☐ Yes ☐ No

    *If yes, how much?* $ N/A          N/A

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

    N/A

12. State the city and state of your legal residence.

    City N/A          State N/A

    Your daytime phone number *(ex., 4153558000):* N/A

    Your age: N/A Your years of schooling: N/A

    Last four digits of your Social Security Number *(ex.,6789):* N/A

    SEE DECLARATION ATTACHED

## DECLARATION

i, me, my, or myself, also known as Glenn Winningham; house of Fearn, a sovereign living soul, a holder of the office of "the people", and a man on the land of Arizona, with this solemn declaration to the court for me to proceed with my claim without having to prepay any fees/costs, give any sureties or be compelled to fill out any ritualistic forms under article five in amendment due process of law clause of the constitution for these united States of America, and pursuant to my right as one of "the people" to petition the government for a redress of my grievances as affirmed in the article one in amendment to the constitution for the united States of America where it says;

**"Congress shall make no law .... abridging ..... the right of the people.... to petition the government for a redress of grievances."**

1       i am competent in my affairs and the matters described herein, and further,

2       no "person" is competent in any of my affairs, and further,

3       i am not a member of the armed forces of any country, and further,

4       i have personal, executive, and documented knowledge of the facts and evidence contained herein and if called to testify shall so state, and further,

5       the citation of state and federal statutes, codes, rules, regulations, and court citations, within any document is only to notice my servants that which is applicable to them and is not intended, not shall it be construed, to mean that i confer, submit to, or have entered into any jurisdiction alluded to thereby, and further,

6       i am not a US citizen, and further,

7       i am not a government employee, and further,

8       i am not a cestui que trust, and further,

9       i do not have a social security number, and further,

10      i have never had a social security number, and further,

11      if Congress shall make no laws abridging the right of the people to petition the government for a redress of their grievances, then it would be equally wrong for the courts to make regulations (fees), which operate to do the same thing. furthermore, for the courts to charge a fee for "we the people" to file a petition would be converting a right into a privilege, because filing fees are a tax, and i have not agreed this tax, and further,

12      i am not a "person" because a person is:
   a. **"a variety of entities other than human beings."** Church of Scientology v U.S. Department of Justice, 612 F2d 417 (1979) at pg 418

   b. **"...foreigners, not citizens...."** United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373,

c. **the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies...** Title 1 U.S.C. Chapter 1 – Rules of Construction, Section 1,

and a sovereign living soul is not a "person" because;

a. **" 'in common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.' Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)"** Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304,

b. **"a sovereign is not a person in a legal sense"** In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192, and further,

13     i, am not an **"employee"** because an employee; **" is a person. . . . . "** Black's Law Dictionary, 5th Edition, and since i am not an **"employee"**, then it also holds true that i do not have an **"employer"**, and further,

14     i am not saying that i don't get compensation for labor because i do get compensation for labor, which is a common right, and not a taxable event, and further,

**15**     i, do not receive **"wages" according to the following definitions:**
**Federal Register, Tuesday, September 7, 1943, 404, 104 pg 12267: Employee: "The term employee specifically includes officer and employees whether elected or appointed of the United States, a State, territory, or a political subdivision thereof or the District of Columbia or any agency or instrumentality or any one or more of the foregoing."**

**26 USC 3401 (c) EMPLOYEE. "For purposes of this chapter, [Chapter 24, Collection of Income Tax at Source on Wages], The term employee includes an officer, employee or elected official of the United States, a State or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality or one or more of the foregoing. The term employee also includes an officer of a corporation."**

**3401(a) WAGES. For the purposes of this chapter, [Chapter 24, Collection of Income Tax at Source on Wages], the term "wages" means all renumeration (other than fees paid to a public official) for services performed by an employee [of the United States, a State or any political subdivision thereof, or the District of Columbia or any agency or instrumentality of any of the foregoing or an officer of a corporation....",** and further,

16     i, have never received any **"income".** according to U.S. v Ballard, 535 F. 2d 400, 404, the word **"income"** has not been defined in Title 26, Internal Revenue Code. the definition, therefore is limited to the meaning of the word at the time it was enacted. in Merchant's Loan & Trust Company v Smietanka, 255 U.S. 509 at pgs 518, 519 (1921), the Supreme Court held, **There would seem to be no room to doubt that the word (income) must be given the same meaning in all Income Tax Acts of Congress that was given to it in the Corporation Excise Tax Act and what meaning is has now become definitely settled by decisions of the court.**, and further,

17     that definition of income was clearly given in 1918 in the Supreme Court decision of Doyle vs. Mitchell, 247 U.S. 179, at pg 185;

**"Whatever difficulty there may be about a precise and scientific definition of 'income,' it imports, as used here [in the Internal Revenue Code] ....the idea of gain or increase arising from corporate activities...." We must reject in this case... the broad contention submitted in behalf of the Government that all receipts, everything that comes in -- are income within the proper definition of the term 'gross income'.**, and further,

18      the Supreme Court in Eisner v Macomber, 252 U.S. 189 ruled:
**"...it becomes essential to distinguish between what is and what is not "income," according to truth and substance without regard to form. Congress cannot, by any definition it may adopt, conclude the matter, since it cannot by legislation, alter the Constitution, from which it derives its power to legislate, and which within those limitations alone, that power can be unlawfully exercised... [Income is] Derived -- from -- capital -- the -- gain -- derived -- from -- capital, etc. Here we have the essential matter -- not gain accruing to capital, not a growth or increment of value in the investment; but a gain, a profit, something of exchangeable value ... severed from the capital however invested or employed, and coming in, being "derived," that is received or drawn by the recipient for his separate use, benefit and disposal -- that is the income derived from property. Nothing else answers the description...."**

the emphasis was in the original, and therefore, income is corporate profits, and as a sovereign living soul, i am not, a US citizen, fourteenth amendment citizen, corporation, or other fictitious entity, or government employee of any kind, therefore, i have no income, and further,

19      i, do not have any assets. persons and corporations have assets and i am neither. assets are listed on a balance sheet, which shows assets and liabilities for accounting purposes for a corporation. the same holds true for income and expenses, which are also for corporations, and are part of bookkeeping by accountants where they show income versus expenses for the corporation. i am not saying i do not have property, because i do have property, but the property i have is not an asset, and i have no income or expenses because i am not a US Citizen, fourteenth amendment citizen, corporation, or other fictitious entity as defined by your current and treasonous fourteenth amendment, and further,

20      i, am not a US citizen, fourteenth amendment citizen, corporation, cestui que trust, or other fictitious entity, or government employee, but i am a man. i, am not a vessel of any kind, or a knowing, willing, intentional surety or accommodation party for any entity.
**One sovereign does not need to tell another sovereign that they are sovereign, they is sovereign by their very existence. "The rule in America is that the American people are the sovereigns, and in them is lodged all power, and the agencies of government possess no authority save that which is delegated to them by the people in the written compact entered into between the people, which is styled the 'Constitution,' and the laws adopted by the representatives of the people.....consistent therewith."** Kemper v. State, 138 Southwest 1025 (1911), page 1043., and further,

21      i do not have firsthand knowledge of the day i was given birth, therefore, any mention of any birthday would be hearsay and inadmissible as evidence in court. i can only say what i have heard, which is hearsay, which is that i was born of my mother on or about the year 1957 on the land of north america, and no commercial transactions were involved, no vessel was created, but, i do remember finishing high school in 1975, therefore i am well past the age of majority, and further,

22    i do not have a social security number. only US citizens (cestui que trusts), fourteenth amendment citizens, vessels and corporations have social security numbers, or any sort of identifying number which is issued by their master, the government, and the fact is, that a social security number is issued by the foreign international monetary fund for a cestui que trust, therefore, anyone who claims to have a social security number is a foreign agent. my master is God, and the government is my servant, and all of my servants have an oath of office that says they will protect me, and my property, and further,

23    i do not have a spouse, since a spouse is a person, and my wife is not a person either, but we are joined in holy matrimony, before God, and have three sons and two daughters but none of them are persons, and further,

24    i have no "residence", and i do not "reside". i am a man on the land of Arizona. i am not corporation, or other fictitious entity, but i am a living soul, and further,

25    i am not a resident of a federal judicial district. the land of Texas, is not a federal judicial district, or the land of New Mexico, or the land of Arizona, and further,

26    for more certainty over this US citizen matter, on the tenth day of January, in the year of two thousand and eight i served Condoleeza Rice, US Secretary of State a US Secretary of State Notice and Demand 012508, all of which, together with proof of service is incorporated herein by reference in its entirety, in which i renounced their fraudulently created US citizen / cestui que trust / slave, but i remain an american national, and a state Citizen. i also renounced your US citizen in my previous US Supreme Court case 07-5674, which is now *res judicata*, and further,

27    the US Congress perjurers have converted US citizens into enemies of the state with their Trading with the Enemy Act, and Obama is busy murdering any of them he wishes, so help me out with this,....why would i want to be a lowlife scumbag US citizen?, and further,

28    pursuant to your HJR 192 dated June 5, 1933, there is no money, and it is against public policy to use money, therefore, no financial institution has any money. The only thing that financial institutions have is credit on account belonging to the people, or non-redeemable federal reserve notes, which are worthless paper, and none of that is money, and further,

29    because of the compelled use of commercial paper, and also because all banks are instrumentalities of Congress, the banks have no money. anything on account with the banks is not money, but it is credit. i have tried to get federal reserve notes redeemed (12 USC § 411) and the bank tellers laughed at me, the comptroller of the currency referred me to the US treasury, and they laughed at me too. i have been forced to use a qualified endorsement for any check drafts that i get which says; "FOR DEPOSIT FOR CREDIT ON ACCOUNT OR IN EXCHANGE FOR NON-REDEEMABLE FEDERAL RESERVE NOTES AT FACE VALUE", because i have never received "dollars" (money) from a bank, and further,

30    furthermore, pursuant to your HJR 192 dated June 5, 1933, it is against public policy to pay a debt, therefore this court could not accept payment if it was tendered, and further,

31    it would be a felony for the clerk to accept federal reserve notes as a tender in the payment of a debt, because commercial paper does not pay the debt, therefore, even if i was subject to said taxes/fees, it is impossible to pay the fees/taxes as requested, and further,

32    as a member of the sovereignty, and a man, i have in my possession much more than twenty-one dollars in lawful money (twenty-one each 1 troy ounce silver eagle coins), therefore, i am not a vagrant or bankrupt, (like most of those who deal in commercial paper – federal reserve notes who are technically bankrupt), and further,

33    as a member of the sovereignty, and a man, i converted some silver coin into land and i hold absolute ownership in that land, with a land patent, and all the rights and privileges associated with the land patent, and further,

34    i have a compensation contract which provides for me to be compensated for my labor with eighty dollars a week (gold or silver coin) but most of that has to be converted into commercial paper (federal reserve notes) or bank credit on account. most businesses refuse gold or silver coin and want commercial paper (federal reserve notes or bank credit) instead because the US Congress perjurers have made it against public policy to pay a debt, (HJR 192 dated June 5, 1933, & 31 USC § 5118), but because your United Nations border PIGs (Persons In Government who intend to perjure their oaths), are inserting all sorts of false and derogatory information in their hearsay databases, i have not been able to get a compensation for labor contract for over 4 years (except for 6 weeks in the summer of 2015), but for purposes of this case, it is really none of the business of this court, and further,

35    in spite of what the satanist US Congress perjuring BAAL priests are trying to do with their Foreign Sovereign Immunity Act, my rights are not "inalienable" (can by taken away by virtue of a presumed – so-called – contract) but my rights are "unalienable" (cannot be taken away under any circumstances) as affirmed by the positive law embodied in the Declaration of Independence (1776), and further,

36    all of this was previously decided in the US Supreme Court case 07-5764, and is now res judicata, and stare decisis. this court has no choice but to let the case proceed, and further,

37    this claim is also brought because it is the only remedy left to me because the roman cult's satanic BAR card union members, who are also foreign agents of the Crown, have effectively denied my right to a jury of my peers to bring such an action before, and further,

38  article 3, section 2, clause 2, of the Constitution for the United States of America says;
**".....In all other cases before mentioned the supreme Court shall have appellate jurisdiction, both as to Law and Fact, with such exceptions and under such Regulations as the Congress shall make."**

this says that the supreme court has appellate jurisdiction both as to law and fact, and it also says that only congress has the power to regulate it, not the courts, and Congress has not made any statutes or regulations that apply outside the district of columbia and the territories, or to state citizens, and further,

39    in the supreme court rules, it says;
**"All process of this Court issues in the name of the President of the United States."** Rule 45(1), Rules of the Supreme Court of the United States

which means that, under the rules, there is no separation of powers that is required by the Constitution for the United States of America, and an excellent example of that is with the recent Obama care, because there were rulings from the lower courts saying that Obama Care was unconstitutional and Obama got on national television and started to rail against the courts, and

when it got to the US Supreme Court they stepped right into line, and it is easy to do since they decided it was for the District of Columbia and the Territories ONLY, and this is further proof that the Rules are for the District of Columbia and the Territories ONLY, and further,

40      this filing fee is an excise tax, under your fictitious color of law 28 USC § 1914, and the historical information shows that it originates from;
**"AN ACT To revise, codify, and enact into law title 28 of the United States Code entitled "Judicial Code and Judiciary"."**

which was approved on June 25, 1948 at 62 Stat. 869, which originated from title 28, U.S.C., 1940 ed., §§ 549, 553 and 555 (R.S. § 828; June 28, 1902, ch. 1301, § 1, 32 Stat. 476; Feb. 11, 1925, ch. 204, §§ 2, 6, 8, 43 Stat. 857, 858; Jan. 22, 1927, ch. 50, § 2, 44 Stat. 1023; Jan. 31, 1928, ch. 14, § 1, 45 Stat. 54; Mar. 3, 1942, ch. 124, § 2, 56 Stat. 122; Sept. 27, 1944, ch. 414, §§ 1, 4, 5, 58 Stat. 743, 744) and further,

a.  the first citation is 32 Stat. 476, which is an appropriations bill
**"CHAP. 1301 .- An Act Making appropriations for sundry civil expenses of the June 28,1902. Government for the fiscal year ending June thirtieth, nineteen hundred and three, and for other purposes."** [emphasis added]

which was approved on June 28, 1902, at 32 Stat. 419, which goes on to say at 32 Stat. 475
**"EXPENSES OF THE UNITED STATES COURTS - For defraying the expenses of the Supreme Court; -of the circuit and district courts of the United States, including the district court in the Territory of Hawaii; of the supreme court and court of appeals of the District of Columbia; of the district court of Alaska; of the courts in the Indian Territory; of the circuit courts of appeals; of the Court of Private Land Claims; of suits and preparations for or in defense of suits in which the United States is interested; of the prosecution of offenses committed against the United States ; and in the enforcement of the laws of the United States, specifically the expenses stated under the following appropriations, namely..."** [emphasis added]

and this is all about the district of columbia and the territories, and it goes on to say;
**"For fees of clerks, two hundred and forty thousand dollars: Provided, That each clerk of the district and circuit courts shall, on the first days of January and July of, each year, or within thirty days thereafter, make to the Attorney-General, in such form as he may prescribe, written returns for the half year ending on said days, respectively, of all fees and emoluments of his office of every name and character, and of all necessary expenses of his office, including necessary clerk hire, together with the vouchers for the payment of the same for such last half year; and the word "emoluments" shall be understood as including all amounts received in connection with the admission of attorneys to practice in the court, all amounts received for services in naturalization proceedings, whether rendered as clerk, as commissioner, or in any other capacity, and all other amounts received for services in any way connected with the clerk's office: Provided further, That no amount in excess of one dollar shall be received from any attorney in connection with his admission to practice in a circuit or district court..."** [emphasis added] at 32 Stat. 475 - 476

and this is talking about the district of columbia and the territories only, and the only fees allowed are for attorneys and in naturalization proceedings for aliens, and under their own act that all bills are supposed to be on one subject, which is expressed in the title as found

demand to proceed without the excise tax / filing fee / extortion page 6

in the Forty-First Congress, Sess. III, Chapter 62, An Act to provide a Government for the District of Columbia, 16 Stat. 419, which was Approved on Feb 21, 1871, at Sec. 12; **"And be it further enacted, that every bill shall be read at large on three different days in each house. No act shall embrace more than one subject, and that shall be expressed in its title; but if any subject shall be embraced in an act which shall not be expressed in the title, such act shall be void only to so much thereof as shall not be expressed in the title..."** at 16 Stat. 422

and even their rules prohibit adding legislation to appropriation Bills
**"...the traditional distinction which Congress has drawn between "legislation" and "appropriation," the rules of both Houses prohibiting "legislation" from being added to an appropriation bill."** Andrus v Sierra Club 442 U.S. 347 (1979)

and appropriations bills are for internal use of the government only, the district of columbia and the territories, and temporary and last one year only, and even in the district of columbia the legislation portion of this appropriations act is void under their own rules, as described herein, and further,

b. the second citation is 43 Stat. 857; **"CHAP. 204. - An Act To provide fees to be charged by clerks of the district courts of the United States"** and the Act of July 20, 1892 (27 Stat. 252) talks about US citizens, and the Act of June 25, 1910 at 36 Stat. 866 talks about informa pauperis and US citizens, and the Act of June 27, 1922, at 42 Stat. 666 talks about informa pauperis and US citizens, which means it is also talking about the District of Columbia and the territories, and paupers as described in the Declaration of Criminals which was served on all of the Clerks masquerading as Judges described herein, as well as Carl Stewart, Chief Judge (Clerk masquerading as a Judge) United States Court of Appeals for the Fifth Circuit, and others, and  this Section consolidates sections 549, 553, and 555 of title 28, U.S.C., 1940 ed., as amended with necessary changes of phraseology. The phrase "filing fee" was substituted for the inconsistent and misleading words of sections 549 and 553 of title 28, U.S.C., 1940 ed., **"as full payment for all services to be rendered by the clerk"** etc. thus removing the necessity for including exceptions and referring to other sections containing provisions for additional fees. The provision in section 549 of title 28, U.S.C., 1940 ed., for payment of fees by the parties instituting criminal proceedings by indictment or information, was omitted. Such proceedings are instituted only by the United States from which costs cannot be exacted. The provision in section 549 of title 28, U.S.C., 1940 ed., for taxation of fees as costs, was omitted as covered by section 1920 of this title. Words **"or appeal from a deportation order of a United States Commissioner"** in section 553 of title 28, U.S.C., 1940 ed., were omitted as obsolete since repeal of the Chinese Exclusion Act by act Dec. 17, 1943, ch. 344, § 1, 57 Stat. 600. Appeal was formerly conferred by section 282 of title 8, U.S.C., 1940 ed., Aliens and Nationality. Subsection (d) excepting the District of Columbia, was added to preserve the existing schedule of fees prescribed by section 11–1509 of the District of Columbia Code, 1940 ed., all of which is talking about US citizens, resident aliens, and the District of Columbia and the Territories, and further,

c. the third citation is 44 Stat. 1023,
**"CHAP. 50. - An Act To amend the Act of February 11, 1925, entitled" An Act to provide fees to be charged by clerks of the district courts of the United States."**

which is at 44 Stat. 1022, and it goes on to say;

**"Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That section 3 of the Act of February 11, 1925 (Forty-third United States Statutes at Large, page 857), be, and the same is hereby, amended to read as follows:"**

and this is talking about 43 Stat. 857 which is addressed above, and, the fifth citation is 56 Stat. 122 is
**"AN ACT To abolish certain fees charged by clerks of the district courts; and to exempt defendants in condemnation proceedings from the payment of filing fees in certain instances."**

which was approved on March 3, 1942 at 56 Stat. 122 and the sixth citation is 58 Stat. 743 and there are 2 Statutes at this citation
**"AN ACT To amend the Act entitled "An Act to amend the Act creating the circuit court of appeals in regard to fees and costs, and for other purposes", approved February 19, 1897 (29 Stat. 536; 28 U. S. C. 543)."**

which was Approved September 27, 1944 at 58 Stat. 743, and all of these fees are always denominated in federal reserve notes, therefore the fees are only intended for the district of columbia and the territories and for attorneys who are using the courts to make money, as a business, therefore, it is obvious that fees only apply to US citizens for the district of columbia and the territories, especially in light of the fact that Congress cannot make legislation that conflicts with the Constitution, and Arizona is not a territory
**"6. That where the Constitution has been once formally extended by Congress to territories, neither Congress nor the territorial legislature can enact laws inconsistent therewith."** Downes v Bidwell 182 US 244, and further,

41     furthermore, since article one in amendment specifically prohibits Congress from abridging my right, as one of "the people" to petition the government for a redress of grievances, this court has no right to deny this petition, because it is not a privilege, even though i would much prefer real justice before a jury of my peers, if it was available, rather than the so-called justice that other courts have denied, therefore i have no duty to follow any of your fictitious color of law rules, and any evidence of me following any rules should be considered accidental, and or a courtesy, and further,

42 neither Congress, nor this court have the right to tax me, and sell their justice
**"It was insisted that Congress could act in a double capacity: in one as legislating for the states; in the other as a local legislature for the District of Columbia. In the latter character, it was admitted that the power of levying direct taxes might be exercised, but for District purposes only, as a state legislature might tax for state purposes; but that it could not legislate for the District under art. 1, 8, giving to Congress the power 'to lay and collect taxes, imposts, and excises,' which 'shall be uniform throughout the United States,' inasmuch as the District was no part of the United States."** Downes v Bidwell 182 US 244

because i am a man on the land of Arizona and Congress has no authority to tax in Arizona unless it is apportioned, and uniform, and this excise tax (filing fee) is neither uniform, nor apportioned, and i am not one of their lowlife scumbag US citizen slaves, and further,

43    i do not exist under this court's authority, or Congress' authority, anybody else's authority, except God under the law of nature, as described in Blackstone's Commentaries on the Laws of England, which is also affirmed by the Declaration of Independence (1776), **"When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation."**

and the courts have said that governments may ONLY regulate things they create **"All subjects over which the sovereign power of the state extends are objects of taxation, but those over which it does not extend are exempt from taxation. This proposition may also be pronounced as self-evident. The sovereignty of the state extends to everything which exists by its authority or its permission."** McCullough v Maryland, 17 U.S. [4 Wheat] 316 (1819)

**"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but the individuals' rights to live and own property are natural rights for the enjoyment of which an excise cannot be imposed."** Redfield v. Fisher, 292 P. 813, 135 Or. 180, 294 P.461, 73 A.L.R. 721 (1931), and further,

44    the only authority this and any court has, is authority that has been delegated by "We the people", and "We the people" are NOT subject to your codes, rules and regulations. **"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."** Yick Wo v Hopkins, 118 US 356, at pg 370;

**"A Sovereign is exempt from sult, not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends."** Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907), and further,

45    furthermore, if i was a "person", article five in amendment to the Constitution for the United States of America would apply, and it would be a due process violation for these clerks masquerading as judges in the lower courts, assault me with their codes, rules, or regulations. **"All codes, rules, and regulations are unconstitutional and lacking due process…"** Rodriques v. Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985).

but since article five in amendment is an affirmation of certain common law rights that are taken from and also affirmed by Section 29 of the Magna Carta and the phrase "law of the land is not some statute, Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court.
**"To be that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land."** (Jury) Hoke vs Henderson, 15, N.C. 15, 25 AN Dec 677.

therefore, i have the right to due process of law. of course, if the system was run by anyone, but those currently running it (Satanist BAR card union members), living souls would have a jury of their peers, (other living souls – state citizens), but under the current system the BAR card union members want some plausible deniability when they violate your rights, which is why they

criminally convert your citizenship into a "person" (fiction), because a "person" is a fictitious entity (corporation) and has no rights because it is property, and then they can sit there and play stupid, and convert it into an admiralty case and collect a royalty, and further,

46      there are 2 classes of citizens in america, state Citizens and federal citizens and the Constitution for the United States of America even talks about two classes of citizens, and further,

47      under your Federal codes, anyone who has a Social Security Number is a government employee;
**"(13) the term "Federal personnel" means officers and employees of the Government of the United States, members of the uniformed services (including members of the Reserve Components), <u>individuals entitled to receive immediate or deferred retirement benefits under any retirement program</u> of the Government of the United States (including survivor benefits)."** 5 USC § 552a.(a)(13) [emphasis added]

and a US citizen is a "person"
**"<u>All persons</u> born or naturalized in the United States, and subject to the jurisdiction thereof, <u>are citizens of the United States</u> and of the state wherein they reside."** Section 1, 14th Amendment [emphasis added]

and a "person" is an individual, and an individual is a fictitious entity as found in federal Statutes at Large
**"Chap. LXXI. - An Act prescribing the form of the enacting and resolving Clauses of Acts and Resolutions of Congress, and Rules of construction therefore."**

which was approved on Feb 25, 1871, in Volume 16, Forty-First Congress, Session III, under Sec. 2., at 16 Stat. 431, says;
**"And be it further enacted that in all Acts hereinafter passed...; and <u>the word "person" may extend and be applied to bodies politic and corporate</u>...",** [emphasis added]

which is consistent with your federal codes
**"Person The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation."** 26 USC 7701 (a) (1)

**"(2) the term "individual" means a citizen of the United States or an alien lawfully admitted for permanent residence;"** 5 USC § 552a.(a)(2)

and it is consistent with that the courts are saying;
**Inasmuch as <u>every government</u> is an <u>artificial person</u>, an abstraction, and a <u>creature of the mind only</u>, a government can interface <u>only with other artificial persons</u>. The imaginary, having <u>neither actuality nor substance,</u> is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that <u>no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.</u>** Penhallow v. Doane's Administrators 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795),

**"...it might be correctly said that there is no such thing as a citizen of the United States. ..... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing."** Ex Parte Frank Knowles, 5 Cal. Rep. 300

and a US citizen has no rights and is a piece of property;

**"After the adoption of the 14th Amendment, a bill which became the first Civil Rights Act was introduced in the 39th Congress, the major purpose of which was to secure to the recently freed Negroes all the civil rights secured to white men... (N)one other than citizens of the United States were within the provisions of the Act."** Hague v. C. I. O., 307 U. S. 496, 509. [emphasis added]

**"Therefore, the U.S. citizens [citizens of the District of Columbia] residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity."** Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773.

**"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government."** Maxwell v Dow, 20 S.C.R. 448, at pg 455;

**"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States,"** US vs. Valentine 288 F. Supp. 957,

and a US citizen is Article IV, Section 3 **"...other property belonging to the United States..."**, and further,

48      i am a state Citizen, and not a US citizen

**"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution."** Van Valkenburg v. Brown, 43 Cal 43.

**"...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the amendment under the protection of the Federal Constitution, and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested."** Maxwell v Dow, 20 S.C.R. 448, at pg 451 [emphasis added]

and i can be a state Citizen without being a US citizen

**"One may be a citizen of a State and yet not a citizen of the United States. Thomasson v State, 15 Ind. 449; Cory v Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelke, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443."** McDonel v State, 90 Ind. Rep. 320 at pg 323;

**"Privileges and immunities clause of the Fourteenth Amendment protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship. 14,§ 1."** Jones v Temmer, 829 F.Supp. 1226 (D.Colo. 1993),

and prior to the so-called Fourteenth Amendment, the ONLY citizenship that really existed was state Citizens, and US citizenship was derivative and dependent upon being a state Citizen first,

and your treasonous so-called fourteenth amendment converted citizenship in america into the opposite of what the founding fathers intended;

**"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant" instead of "derivative and dependent" upon state citizenship."** Colgate v Harvey 296 US 404 at p 427

**"Fourteenth Amendment. The Fourteenth Amendment of the Constitution of the United States, ratified in 1868, creates or at least recognizes for the first time a citizenship of the United States, as distinct from that of the states;"** Black's Law Dictionary 6th Edition page 657 [emphasis added],

**"The amendment (fourteeth) reversed and annulled the original policy of the constitution,"** United States v. Rhodes, 27 Federal Cases, 785, 794.

and the US citizen of today was created by Congress
**"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress."** U.S. v. Anthony 24 Fed. 829 (1873)

**"[T]he term "citizen," in the United States, is analogous to the term "subject" in the common law."** State vs Manual 20 NC 122, 14 C.J.S. 4, p 430

and State citizens are talked about in the Constitution for the United States of America, which says;
**"The citizens of each State [State Citizens] shall be entitled to all privileges and immunities of citizens in the several States [US citizens]."** Constitution for the United States of America, Article IV, § 2, Clause 1, [emphasis added] 1 Stat. 18,

and, "citizens in the several states" as described in the Constitution for the United States of America, Article IV, § 2, Clause 1, are US citizens, as differentiated from State citizens as described by "citizens of each State", and i am a State citizen as described in the Northwest Ordinance;
**"An Ordinance for the government of the Territory of the United States north-west of the river Ohio."**

which was
**"Done by the United States in Congress assembled, the thirteenth day of July, in the year of our Lord one thousand seven hundred and eighty-seven, and of their sovereignty, and independence the twelfth.",** at 1 Stat. 51.,

which talks about "citizens of Virginia" and "a citizen of one of the several states";
**"*Be it ordained by the authority aforesaid,*...who have heretofore professed themselves citizens of Virginia,... *Be it ordained by the authority aforesaid,*...provided that no person shall be eligible or qualified to act as a representative, unless he shall have been a citizen of one of the United States three years,...provided also, that a freehold in fifty acres of land in the district, having been a citizen of one of the States..."** [emphasis added]

and the Articles of Confederation talk about state citizens where it says the free inhabitants of each of these States, [State Citizens]...., shall be entitled to all privileges and immunities of free citizens in the several States [US citizens]; and the people of each State [State citizens];

"The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union, the free inhabitants of each of these States, [State Citizens] paupers, vagabonds, and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States [US citizens]; and the people of each State [State citizens] shall have free ingress and regress to and from any other State,...." Articles of Confederation, Article 4. § 1., [emphasis added], at 1 Stat. 4,

which means that an Article III court has a duty to protect my property, and my rights are my property, and i have served literally thousands of documents on officials both state and federal stating all of this, and further,

49    a US citizen is a cestui que trust and the clerk is using their district of columbia codes to fraudulently convert my appellation into a US citizen cestui que trust dead thing estate "AN ACT To enact the Uniform Commercial Code for the District of Columbia, and for other purposes." 77 Stat 630 Public Law 88-243

"(h) The United States is located in the District of Columbia." Uniform Commercial Code Sec. 9.307. LOCATION OF DEBTOR.

"Chap. 854. – An Act to establish a code of law for the District of Columbia." which was Approved on March 3, 1901, by the Fifty-Sixth Congress, Session II, at 31 Stat. 1189,

and in Sec. 117, at 31 Stat. 1208, where it says;
"That in addition to the jurisdiction conferred in the preceding section, plenary jurisdiction is hereby given to the said court holding the said special term to hear and determine all questions relative to the execution of any and all wills…"

and at Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432, where it says;
"The Legal Estate to be in Cestui Que Use"

"A "citizen of the United States" is a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT (Public Charitable Trust), the constructive, cestui que trust of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc." Congressional Record, June 13 1967, pp. 15641-15646

". . . (E)very taxpayer is a cestui que trust having sufficient interest in the preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction . ." In Re Bolens (1912), 135 N.W. 164,

"Chap. 854. – An Act to establish a code of law for the District of Columbia." which was Approved on March 3, 1901, by the Fifty-Sixth Congress, Session II, at 31 Stat. 1189, and at 2, where it says;
"And be it further enacted, That in the interpretation and construction of said code the following rules shall be observed namely:…
"Third. The word "person" shall be held to apply to partnerships and corporations, unless such construction would be unreasonable, and the reference to any officer shall include any person authorized by law to perform the duties of his office, unless the context shows that such words were intended to be used in a more limited sense."
"Fourth. Wherever the word "executor" is used it shall include "administrator," and vice versa, unless such application of the term would be unreasonable…", [emphasis added]

and this is all confirmed by their own fictitious color of law codes
**"Person - The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation."** 26 USC 7701 (a) (1)

**"(2) the term "individual" means a citizen of the United States or an alien lawfully admitted for permanent residence;"** 5 USC § 552a.(a)(2)

and they know it is a felony under their fictitious color of law codes for any "person" (fictitious entity) to claim they are a US citizen when they know they are not, but they intend to impose their military dictatorship plenary jurisdiction,
**"Plenary admission. Without any qualification. See I Greenl. Ev. §§ 194-211 ; 1 Chitty, Pl. 600."** Anderson's 1889 Law Dictionary, page 35

**"Plenary. Full; complete."** Ballentine's Law Dictionary 1916 Edition, page 374

**"plenary jurisdiction A court's full and absolute power over the subject matter and the parties in a case."** Black's Law Dictionary 8th Edition, page 2495,

in support of their seditious conspiracy,
**"The Fee is the statutory creature moving within the fictional falsity as if it is presumed to be standing as the amortized obligation".** Ryan v Motor Credit Co., 130 J.J. Eq. 531, 23 A.2d 607, 621, and further,

50      the US Supreme Court has ruled that a natural individual man is entitled to relief is "entitled to free access..... to its judicial tribunals & public offices in every State in the Union" (2 Black 620; see also: Crandell vs. Nevada, 6 Wall 35). Plaintiff should not be charged fees or costs for the lawful & constitutional right to petition this court in this matter in which he is entitled to relief, as the filing fee rule was originally implemented for fictions & subjects of government, & should not be applied to me, a natural individual man & entitled to relief (Hale vs. Henkel, 201 U.S. 43), and further,

51      i want absolutely nothing to do with your cestui que trust, or its social security number because it is a badge of slavery, but these clerks intend to compel it upon me so they can call it a contract
**"It is impossible to prove jurisdiction exists absent a substantial nexus with the state, such as voluntary subscription to license. All jurisdictional facts supporting claim that supposed jurisdiction exists must appear on the record of the court."** Pipe Line v Marathon. 102 S. Ct. 3858 quoting Crowell v Benson 883 US 22

because then they can deny me an article 3 court as described herein, and violate my rights under the color of their so-called laws, as described herein, and engage in the wholesale theft of my property, just like these Satanists have done many times before!!!, and further,

52      a US citizen is not entitled to an article 3 court, but instead gets an article 1 court with a plenary (military dictatorship) jurisdiction and Art. 1, Section 8, Clause 17 Constitution for the United States of America as defined and reinstated in National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948): which further states that **citizens of the District of Columbia are not embraced by the judicial power under Article III** of the Constitution for the United States of America, the same statement is held in Hepburn v. Dundas v. Elizey, 2 Cranch (U.S.) 445, 2 L.Ed. 332.; In 1804,

the Supreme Court, through Chief Justice Marshall, held that <u>a citizen of the District of Columbia was not a citizen of a state</u>;

**"We therefore decline to overrule the opinion of Chief Justice Marshall: We hold that <u>the District of Columbia is not a state within Article 3 of the Constitution</u>. In other words cases between citizens of the District and those of the states were not included of the catalogue of controversies over which the Congress could give jurisdiction to the federal courts by virtue of Article 3. In other words <u>Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union"</u>** National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)

**"Eliminating, then, from the opinions of this court all expressions unnecessary to the disposition of the particular case, and gleaning therefrom the exact point decided in each, <u>the following propositions may be considered as established:</u>**

**1. That <u>the District of Columbia and the territories are not states within the judicial clause of the Constitution</u> giving jurisdiction in cases between citizens of different states;**
**2. That <u>territories are not states</u> within the meaning of Rev. Stat. 709, permitting writs of error from this court in cases where the validity of a state statute is drawn in question;**
**3. That <u>the District of Columbia and the territories are states as that word is used in treaties with foreign powers</u>, with respect to the ownership, disposition, and inheritance of property;**
**4. That the territories are not within the clause of the Constitution providing for the creation of a supreme court and such inferior courts as Congress may see fit to establish;**
**5. That the Constitution does not apply to foreign countries or to trials therein conducted, and that Congress may lawfully [182 U.S. 244, 271] provide for such trials before consular tribunals, without the intervention of a grand or petit jury;**
**6. That <u>where the Constitution has been once formally extended by Congress to territories, neither Congress nor the territorial legislature can enact laws inconsistent therewith.</u>"** Downes v Bidwell, 182 U.S. 244 (1901) [emphasis added]

which is why they intend to fabricate evidence of their US citizen alien enemy slaves and thereby justify their assaults, kidnappings, false imprisonments, thefts, and potentially murders, all of which is so that they can complete their commercial transaction and collect their royalty, and further,

53    a US citizen is; what was once known as a US subject which is why the elections don't matter because US citizens only have the voice in the government that the government <u>allows</u> them to have, Prowd v. Gore (1922) 57 Cal.App. 458, 459-461, Elk v Wilkins, 112 US 94, 101, 102, (1884)

**"[T]he term "citizen," in the United States, is analogous to the term "subject" in the common law."** State vs Manual 20 NC 122, 14 C.J.S. 4, p 430

**"Upon the other hand, the 14th Amendment, upon the subject of citizenship, Declares only that "all persons born or naturalized in the United States, and <u>subject to the jurisdiction thereof, are citizens of the United States</u>, and of the state wherein they reside." Here there is a limitation to person born or naturalized in the United States, which is not extended to person born in any place "<u>subject to their jurisdiction</u>.""** Downes v. Bidwell (1900) 182 U.S. 244, 249-251, 45 L.Ed. 1088, 1092

demand to proceed without the excise tax / filing fee / extortion page 15

"Finally it is to be noticed that the term subject is capable of a different and wider application, in which it includes all members of the body politic, whether they are citizens (i.e., subjects stricto sensu) or resident aliens. All such persons are subjects, all being subject to the power of the state and to its jurisdiction, and as owing to it, at least temporarily, fidelity and obedience." John Salmond, Jurisprudence 133 (Glanville L. Williams ed., 10th ed. 1947). Black's Law Dictionary 8th Edition

and a US citizen is a "resident"

"Residents, as distinguished from citizens, are aliens who are permitted to take up a permanent abode in the country. Being bound to the society by reason of their dwelling in it, they are subject to its laws so long as they remain there, and, being protected by it, they must defend it, although they do not enjoy all the rights of citizens. They have only certain privileges which the law, or custom, gives them. Permanent residents are those who have been given the right of perpetual residence. They are a sort of citizen of a less privileged character, and are subject to the society without enjoying all its advantages. Their children succeed to their status; for the right of perpetual residence given them by the State passes to their children." The Law of Nations, Vattel, Book 1, Chapter 19, Section 213, p. 87, and further,

54    a US citizen is somebody who is not white, and i do not approve or endorse racism in any way, and consider it to be satanic, but i am not the one who is creating statutes and codes about race, and these are the ones who are trying to enslave me, based on those fictitious color of law codes, rules, and regulations, so they are forcing me to bring up the issue, because the courts are saying the following;

"The thirteenth, fourteenth, and fifteenth amendments were designed mainly for the protection of the newly emancipated negroes." United States v. Anthony, 24 Fed. Cas. 829, Case No. 14,459.

"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29

"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution." Van Valkenburg v. Brown, 43 Cal 43

"After the adoption of the 14th Amendment, a bill which became the first Civil Rights Act was introduced in the 39th Congress, the major purpose of which was to secure to the recently freed Negroes all the civil rights secured to white men... (N)one other than citizens of the United States were within the provisions of the Act." Hague v. C. I. O., 307 U. S. 496, 509. "...

and your current codes even talk about it,...

"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC § 1982 [emphasis added], and further,

55    state Citizens are sovereign, and are "we the people" as found in the preamble for the Constitution for the United States of America , People v Herkimer, 4 Cowen (NY) 345, 348

demand to proceed without the excise tax / filing fee / extortion page 16

(1825), Dredd Scott v Sandford 60 U.S. 393, Chisholm v Georgia, 2 Dall. 440, at pg 471; and it was the State citizens who delegated the authority in the Constitution for the United States of America, and it was state Citizens who are "We the People", and you have no authority to use your statutes, codes, rules, or regulations against any state Citizen

**"the government is but an agency to the state,"** -- the state being the sovereign people. *State v. Chase, 175 Minn, 259, 220 N.W. 951, 953*

**"A state, in the ordinary sense of the Constitution, is a political community of free citizens, occupying a territory of defined boundaries and organized under a government sanctioned and limited by a written constitution, and established by the consent of the governed."** Texas v White 74 US 700

**"governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure."** --Luther v. Borden, 48 US 1, 12 L.Ed. 581, [emphasis added]

**"State citizens are the only ones living under free government, whose rights are incapable of impairment by legislation or judicial decision."** Twining v. New Jersey, 211 U.S. 97, 1908

**"State Citizenship is a vested substantial property right, and the State has no power to divest or impair these rights."** Favot v. Kingsbury, (1929) 98 Cal. App. 284, 276 P. 1083,

which is further evidence that the clerks breached the trust
**"No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." The constitutional theory is that we the people are the sovereigns, the state and federal officials only our agents."** Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). [emphasis added], and further,

56      all of their codes, rules, and regulations deal exclusively with "persons" and since i am NOT a "person", their attempts to impose their codes, rules, and regulations on me is a felony violation of my rights, and further,

57      as a state Citizen, i am a judicial power citizen by right of blood,
**"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11."** Bouvier's Law Dictionary 1856 Edition, page 768,

which means that all laws are made under my authority, all of which is described in the Corporate Denial Affidavit 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-032373, all of which is incorporated herein by reference in its entirety, and because i am a judicial power Citizen, i make the law, and i am the law, and i have the power to pass sentence, and my decision is not subject to appeal or modification in any way, except by a common law jury of my peers, and all other courts have to recognize it, because they exist under my authority, and my court is superior to their court, and further,

## Statement of Original Status

58    i, Glenn Winningham; house of Fearn, a free, white, christian male, have no firsthand knowledge of when or where i was given birth, and any evidence of any such birth is hearsay evidence and inadmissible as evidence in a court of law, except to say that i am well past the age of majority, because i remember completing high school in the year one thousand nine hundred and seventy-five (almost forty years ago); and further,

a.    according to the family records, i was given birth by hazel lorene; house of winningham, a free, white, christian female, an Oklahoma State Citizen, who was naturally given birth on the twenty-sixth day of November, in the year one thousand nine hundred and twenty-two, in Jefferson County, in Oklahoma State, a State of the union States of America; and further,

b.    according to the family records, hazel lorene; house of winningham, my mother, was sired by quitman elbert; house of winningham, a free, white, christian male, an Oklahoma State Citizen, who was naturally given birth on the seventeenth day of March, in the year one thousand eight hundred and eighty-six, in Overton County, in Tennessee State, a State of the union States of America; and further,

c.    according to the family records, hazel lorene; house of winningham, my mother, was given birth by ruby may; house of atkins, a free, white, christian female, an Oklahoma State Citizen, was naturally given birth on the third day of May, in the year one thousand eight hundred and ninety, in Mexia town, Limestone County, in Texas State, a State of the union States of America; and further,

d.    according to the family records, quitman elbert; house of winningham and ruby may; house of atkins were one, joined in the state of holy wedlock at the time hazel lorene was naturally given birth to them; and further,

e.    according to the family records, quitman elbert; house of winningham, my grandfather, was sired by james carlton; house of winningham, a free, white, christian male, a Tennessee State Citizen, who was naturally given birth on the twenty-eighth day of April, in the year one thousand eight hundred and fifty-six, in Overton County, in the Tennessee State, a State of the union States of America; and further,

f.    according to the family records, quitman elbert; house of winningham, my grandfather, was given birth by clementine; house of mcdonald, a free, white, christian female, a Tennessee State Citizen, who was naturally given birth on the twenty-second day of September, in the year one thousand eight hundred and sixty-two, in Overton County, in Tennessee State, a State of the union States of America; and further,

g.    according to the family records, james carlton; house of winningham and clementine; house of mcdonald were one, joined in the state of holy wedlock at the time quitman elbert was naturally given birth to them; and further,

h.    according to the family records, james carlton; house of winningham, my great grandfather, was sired by john (jack) r.; house of winningham, a free, white, christian male, a Tennessee State Citizen was naturally given birth on the twenty-second day of December, in the year one thousand eight hundred and thirty-eight, in Overton County, in Tennessee State, a State of the union States of America; and further,

i.      according to the family records, james carlton; house of winningham, my great grandfather, was given birth by evelene; house of gray, a free, white, christian female, a Tennessee State Citizen, who was naturally given birth on the first day of January, in the year one thousand eight hundred and thirty-seven, in Overton County, in Tennessee State, a State of the union States of America; and further,

j.      according to the family records, john (jack) r.; house of winningham and evelene; house of gray were one, joined in the state of holy wedlock at the time james carlton was naturally given birth to them; and further,

k.      according to the family records, john (jack) r.; house of winningham, my second great grandfather, was sired by john alston; house of winningham, a free, white, christian male, a North Carolina State Citizen, was naturally given birth on the twenty-first day of February, in the year one thousand eight hundred and eight, in Randolph County, in North Carolina State, a State of the union States of America; and further,

l.      according to the family records, john (jack) r.; house of winningham, my second great grandfather, was given birth by parmelia; house of mayfield, a free, white, christian female, a Tennessee State Citizen, who was naturally given birth, in the year one thousand eight hundred and eighteen, in Overton County, in Tennessee State, a State of the union States of America; and further,

m.      according to the family records, john alston; house of winningham and permelia; house of mayfield were one, joined in the state of holy wedlock at the time john (jack) r. was naturally given birth to them; and further,

n.      according to the family records, john alston; house of winningham, my third great grandfather, was sired by adam; house of winningham, a free, white, christian male, a North Carolina State Citizen, was naturally given birth, in the year one thousand seven hundred and eighty-one, in Randolph County, in North Carolina State, a State of the union States of America; and further,

o.      according to the family records, john alston; house of winningham, my third great grandfather, was given birth by isobell, a free, white, christian female, a Virginia State Citizen, who was naturally given birth, in the year one thousand seven hundred and eighty-two in Virginia State, a State of the union States of America; and further,

p.      according to the family records, adam; house of winningham and isobell were one, joined in the State of holy wedlock at the time john alston was naturally given birth to them; and further,

q.      according to the family records, adam; house of winningham, my fourth great grandfather, was sired by james j.; house of winningham, a free, white, christian male, a Virginia State Citizen, was naturally given birth, on the twenty-ninth day of february in the year one thousand seven hundred and fifty-six, in Prince George County, in the Virginia Colony, which ultimately became Virginia State, a State of the union States of America; and further,

r.      according to the family records, adam; house of winningham, my fourth great grandfather, was given birth by sarah; house of nichols, a free, white, christian female, a Virginia State Citizen, who was naturally given birth, in the year one thousand seven hundred and sixty

in the Virginia Colony, which ultimately became Virginia State, a State of the union States of America; and further,

s.      according to the family records, james j.; house of winningham and sarah; house of nichols were one, joined in the state of holy wedlock at the time adam was naturally given birth to them; and further,

i affirm that i am of the adamic race, as a white christian male, and that i do not now nor would i ever voluntarily give up my unalienable (which means cannot be taken away) God given constitutionally secured christian rights and responsibilities. for i, have never knowingly given up my birthright as one of the direct descendants of the posterity as is noted in the preamble of both the Arizona State Constitution (1905) and the Constitution of the united States of America of (1788), with it's bill of rights (1791), and also designated in the declaration of independence of (1776), for and because my fifth great grandparents, who were james j.; house of winningham and sarah nichols; house of winningham, who's grave sites and gravestones are clearly marked and now serve as an at law public notice of their once existence and their judicial power citizenship status which was passed on to me, as an inheritance for and because james j.; house of winningham was naturally given birth in the year one thousand seven hundred and fifty-six living on the land now known as Prince George County, in the Virginia Colony, which ultimately became Virginia State, a state of the union States of America under the Articles of Confederation (1781), and the Constitution for the republic of the United States of America, (1787) and whereas james j.; house of winningham given birth in the year one thousand seven hundred and fifty-six, and sarah nichols; house of winningham given birth in the year one thousand seven hundred and sixty were joined in the state of holy wedlock in the year one thousand seven hundred and ninety-two, and were living on the land now known as Randolph County, Virginia, a State of the union States of America. and these pioneers were the people who were the part, process, and action that eventually led to the establishment of the statehood enabling acts of Congress, eg., 1796 for Tennessee, 1821 for Missouri, 1905 for Arizona, which then allowed the 5,000 free white males within the boundaries then designated as territories to create said States; as found in the Verified Abstract Declaration and Order which is recorded with the Pinal County Recorder at Fee Number 2005-028178, which is the unrebutted truth, and public policy, all of which is incorporated herein by reference in its entirety,

**"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11."** Bouvier's Law Dictionary 1856 Edition, page 768, and further,

59      my rights are not defined by one of your fictitious color of law statutes, codes, rules, or regulations

**"This law of nature, being coeval with mankind and dictated by God himself, is of course superior in obligation to any other. It is binding over all the globe in all countries, and at all times: no human laws are of any validity, if contrary to this; and such of them as are valid derive all their force, and all their authority, mediately or immediately, from this original."** Blackstone's Commentaries on the Laws of England (1765-1769) at number 41,

**"Every citizen & freeman is endowed with certain rights & privileges to enjoy which no written law or statute is required. These are the fundamental or natural rights, recognized among all free people."** U.S. v. Morris, 125 F 322, 325,

**"As general rule men have natural right to do anything which their inclinations may suggest, if it be not evil in itself, and in no way impairs the rights of others."** In Re Newman (1858), 9 C. 502, and further,

60     your codes, rules and regulations are bills of attainder, and your admiralty jurisdiction is
a bill of attainder

**"Bill of Attainder" means Legislative acts, no matter what their form, that apply either to
named individuals or to easily ascertainable members of a group in such a way as to
inflict punishment on them without a judicial trial.** United States v. Brown, 381 U.S. 437,
448-49, 85 S. Ct. 1707, 1715, 14 L.Ed. 484, 492; United States v. Lovett,328 U.S. 303, 315,
66 S.Ct. 1073, 1079, 90 L.Ed.1252.

an act is a "bill of attainder" when the punishment is death and a "bill of pains and penalties"
when the punishment is less severe [than death]; both kinds of punishment fall within the scope
of the constitutional prohibition. U.S.Const. Art. I,  Sec. 9, Cl. 3 (as to Congress); Art. I, Sec. 10
(as to state legislatures)

**"bill of attainder. 2. A special legislative act prescribing punishment, without a trial, for a
specific person or group. • Bills of attainder are prohibited by the U.S. Constitution (art. I,
§ 9, cl. 3; art. I, § 10, cl. 1). — Also termed act of attainder. See ATTAINDER; BILL OF
PAINS AND PENALTIES . [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§
429–431.]"** Black's Law Dictionary, 8th Edition, page 496

**"BILL OF PAINS AND PENALTIES bill of pains and penalties. A legislative act that,
though similar to a bill of attainder, prescribes punishment less severe than capital
punishment. • Bills of pains and penalties are included within the U.S. Constitution's ban
on bills of attainder. U.S. Const. art I, § 9. [Cases: Constitutional Law 82.5. C.J.S.
Constitutional Law §§ 429–431.]"** Black's Law Dictionary, 8th Edition, page 499

and they have fraudulently converted my appellation into a cestui que trust, which is a dead
thing, and then you assault me with it, therefore it is effectively a death penalty and the clerks
have converted their court into a commercial transaction, with their law merchant, and excise
tax, which is a bill of attainder, and you are doing the same thing that precipitated the war of
independence

**"…statutes have been passed for extending the jurisdiction of courts of admiralty and
vice-admiralty beyond their ancient limits; for depriving us of the accustomed and
inestimable privilege of trial by jury, in cases affecting both life and property;
…and for altering fundamentally the form of government established by charter.
We saw the misery to which such despotism would reduce us."** Causes and Necessity of
Taking Up Arms 1775 [emphasis added], and further,

61     the clerks are operating as revenue officers using the federal tax lien act of 1966, which
is governed by the uniform commercial code which is governed by the UNIDROIT treaty, which
is controlled and regulated by the United Nations under the International Institute for the
Unification of Private Law, but it is unconstitutional for them to use the treaty power inside
america and they have no authority to use the UNIDROIT treaty in america, and their use of the
Uniform Commercial Code is unconstitutional,

**"but Madison insisted that just "because this power is given to Congress," it did not
follow that the Treaty Power was "absolute and unlimited." The President and the Senate
lacked the power "to dismember the empire," for example, because "[t]he exercise of the
power must be consistent with the object of the delegation." "The object of treaties," in
Madison's oft-repeated formulation, "is the regulation of intercourse with foreign nations,
and is external."** Bond v United States 572 US _____ (2014) case number 12-158 [emphasis
added]

demand to proceed without the excise tax / filing fee / extortion page 21

**"Today, it is enough to highlight some of the structural and historical evidence suggesting that the Treaty Power can be used to arrange intercourse with other nations, <u>but not to regulate purely domestic affairs.</u>"** Bond v United States 572 US ____ (2014) case number 12-158 [emphasis added], and further,

62     the clerks are all satanists because everything they do is a fraud by;
       a.    criminally converting my proper appellation into their cestui que trust GLENN WINNINGHAM FEARN or GLENN WINNINGHAM, or GLENN WINNINGHAM HOUSE OF FEARN, using their satanic capitus diminutio under their satanic Roman law
       **"Capitis Diminutio (meaning the diminishing of status through the use of capitalization) In Roman law. A diminishing or abridgment of personality; a loss or curtailment of a man's status or aggregate of legal attributes and qualifications."
       "Capitis Diminutio Maxima (meaning a maximum loss of status through the use of capitalization, e.g. HANNAH, WITH THE UNKNOWN LAST NAME or DOE JOHN) - The highest or most comprehensive loss of status. <u>This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave.</u> It swept away with it all rights of citizenship and all family rights."** Black's Law Dictionary 4th Edition [emphasis added]

       b.    criminally converting my postal address from the land of Arizona into a federal region with a ZIP code;

       c.    assaulting me with their satanic foreign codes, rules and regulations under their satanic roman law;

       d.    the only rights are those granted by government (statutory), which is also a fraud as intended,

       e.    a US citizen is a fictitious entity cestui que trust (a fraud), and,

       f.    they do everything they can to fabricate evidence of their US citizen slave like demand filing fees (excise tax) or impecuniosity affidavit (pauper), or mandatory electronic filing which includes mandatory disclosure of part of a social security number, hearsay evidence like birth dates, or other numerous little acts of chicanery.
       **"Chicane - Swindling, shrewd, cunning. The use of tricks and artifice.
       *Chicanery*
       1.    The use of trickery or sophistry to deceive (as in matters of law).
       2.    A trick; a subterfuge.",** Black's Law Dictionary Fifth Edition

       **"Chicanery - The use of clever but tricky talk or action to deceive, evade, etc., as in legal dealings",** Webster's New World College Dictionary

       **"Chicanery - Deception by trickery or sophistry."**
       The American Heritage Dictionary of the English Language, 4th edition,

       and everything they do is a fraud
       **"Once a fraud, always a fraud."** 13 Vin. Abr. 539.

       **"Things invalid from the beginning cannot be made valid by subsequent act."** Trayner, Max. 482. Maxims of Law, Black's Law Dictionary 9th Edition, page 1862

**"A thing void in the beginning does not become valid by lapse of time."** 1 S. & R. 58. Maxims of Law, Black's Law Dictionary 9th Edition, page 1866

**Time cannot render valid an act void in its origin.** Dig. 50, 17, 29; Broom, Max. 178, Maxims of Law, Black's Law Dictionary 9th Edition, page 1862,

**"Ex dolo malo non oritur action. Out of fraud no action arises. Cowper, 343; Broom's Max. 349."** Bouvier's Maxims of Law, 1856,

and any act by any government official to conceal the fraud becomes an act of fraud;
**"fraus est celare fraudem. It is a fraud to conceal a fraud. 1 Vern. 270."** Bouvier's Maxims of Law 1856

and fraud is inexcusable and unpardonable;
**"Fraus et dolus nemini patrocianari debent. Fraud and deceit should excuse no man. 3 Co. 78."** Bouvier's Maxims of Law 1856

and any fraud amounts to injustice;
**"Fraus et jus nunquam cohabitant. Fraud and justice never dwell together."** Maxims of Law, Black's Law Dictionary, 9th Edition, page 1832

**"Quod alias bonum et justum est, si per vim vei fraudem petatur, malum et injustum efficitur. What is otherwise good and just, if sought by force or fraud, becomes bad and unjust. 3 Co. 78."** Bouvier's Maxims of Law, 1856.

and compelling this extortion is treason
**"breach of trust. A trustee's violation of either the trust's terms or the trustee's general fiduciary obligations; the violation of a duty that equity imposes on a trustee, whether the violation was willful, fraudulent, negligent, or inadvertent. A breach of trust subjects the trustee to removal and creates personal liability."** Black's Law Dictionary, 8th Edition, page 566

**"No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it."** Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). [emphasis added]

and they are all satanists
**"Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it."** John 8:44

**"….. I know the blasphemy of them which say they are Jews, [or Christians, etc.] and are not, but are the synagogue of Satan."** Revelations 2:9

and i have the right not to participate in their satanic religious ceremony, and i have the right to an article 3 court,
**"The laws of congress in respect to those matters do not extend into the territorial limits of the states, but have force only in the District of Columbia, & other places that are within the exclusive jurisdiction of the national government."** Caha v. U.S., 152 U.S. 211 (1894), and further,

63      george the third, king of England, signed the Definitive Treaty of Peace of 1783 as **"King of Great Britain and France"** and as **"Arch Treasurer and Prince Elector of the Holy Roman Empire and the United States of America"**, therefore, george the third, financed both sides of the war of independence with roman cult money, in his private capacity, which also means that the war of independence was orchestrated by george the third, and the roman cult and their jesuits, and george, the third, perjured his oath and breached the trust to do it, and further,

64      elizabeth alexandra mary; house of windsor, queen of England, is the successor to george the third, therefore she is now the Arch Treasurer and Prince Elector of the Holy Roman Empire and the United States of America, which means that elizabeth alexandra mary; house of windsor is operating in her private capacity, and the roman cult owns and operates the municipal corporation called UNITED STATES and its subsidiary called STATE OF ARIZONA, and they are satanists operating in support of their roman cult handlers, and elizabeth alexandra mary perjured her oath and breached the trust to participate in it, and further,

65      all of these issues were the topic of discussion in my recent US Supreme Court case 15-8740 in which the U S Solicitor General on behalf of the US Department of (so-called) Justice waived their right to respond, thereby admitting that everything i stated in the petition was correct, and the unrebutted truth, and further,

66      the war of independence never did end, because the war of 1812 was orchestrated by george the third, in his private capacity, with the roman cult and their jesuits in an effort to "disappear" the true article 13 in amendment that would otherwise deny the roman cult's BAR member BAAL priests the right to hold a position of trust (requires an oath of office), because one of the major engagements was when the British went to the capitol and burned the national archives, (which is where the ratification records would have been kept), and because the roman cult intended that their BAR member BAAL priest satanists infiltrate all governments in america, create unconstitutional municipal corporations, and put them deeply into debt, so their roman cult handlers could seize the corporations in bankruptcy and operate them as their owned and operated criminal racketeering enterprises, and send out their low intelligence hired thugs to assault people, kidnap people, falsely imprison people, and even murder people and then their BAR member BAAL priest Satanists can call it a contract, and that is exactly what they have done, and the war of independence continues to this day, all of which was stated in my first petition to the US Supreme Court case number 07-5674 and the US Solicitor General for the US Department of (so-called) Justice waived their right to respond, thereby admitting that it was all correct and the unrebutted truth, and further,

67      i fully comprehend the desire of roman cult BAAL priests to send out their low intelligence order follower thugs to assault me, kidnap me, falsely imprison me, because US citizen BAAL priests are the ONLY remedy available (state or federal) because it creates so much business!, and then they get to extort their filing fees / excise tax / extortion, because the filing fees;
        a.    convert a court case into a commercial transaction,
        b.    convert an article 3 judge into an article 1 revenue officer BAAL priest clerk masquerading as a judge, who is working for the crown and the roman cult,
        c.    pay for the errors and omissions insurance for the BAAL priest (so-called judge) thereby alleviating him of any responsibility in the matter,
        d.    makes it so that the BAAL priest (so-called judge) doesn't care what the outcome is,

e. nullifies the BAAL priest's oath of office in the matter, since all errors and omissions are covered by the insurance,
f. converts the court case into a contract dispute in admiralty,
g. makes it so that the BAAL priest gets to collect a royalty in the case in support of his multi-million dollar retirement,
h. gives the BAAL priest a special motivation to dismiss the case, to thereby encourage more violations, and to create more business down the road!,
i. creates business for his BAAL priest buddies in the courts of appeals,
j. creates the opportunity to leverage the fees by 30 times, since all courts are banks, to improve the balance sheet of their so-called court, and,
k. generates revenue for their roman cult handlers, and further,

## SUMMARY

68     excise taxes / filing fees are only for attorneys who are using the courts for a business, and for naturalization proceedings, both of which are special privileges, and they are only applicable in the district of columbia and the territories for US citizens / cestui que trusts / government employees, and further,

69     title 28 united states code is for the district of columbia and the territories only, and US citizens / government employees / cestui que trusts and attorneys, and further,

70     the rules of your court are for US citizens / government employees / cestui que trusts and attorneys, in the district of columbia and the territories only, and further,

71     the lawful article 3 courts still exist, but the BAAL priest satanists are doing everything they can to deny access to it, in support of their roman cult handlers, which is why I have already had to take this issue to the BAAL priests in the US Supreme Court as case 15-8740, as described herein, and further,

72     i have sealed this declaration pursuant to locus sigilli.
**"locus sigilli - The place of the seal. Today this phrase is almost always abbreviated "L.S.""** Black's Law Dictionary 9th Edition, page 1026, and further,

73     the undersigned, i, me, my, or myself, also known as glenn winningham; house of fearn, of original jurisdiction, and judicial power citizen, by right of blood, do herewith declare, state and say that i issue this declaration pursuant to your rule 201 of your rules of evidence, with sincere intent in truth, that i am competent to state the matters set forth herein, and shall so testify in a lawful court, that the contents are true, correct, complete, certain, admissible as evidence, and reasonable and just, by me, undersigned addressee, one of "We the People", and not a corporation, cestui que trust, or a fiction of any type, and further,

74     signed and sealed in red ink on the land, under penalties with perjury, [28 USC § 1746 (1)], under the laws of the united States of America, and without the United States, and further,

75     further declarant sayeth not.

76     it has been said, so it is done.     sealed this $\underline{Sixteenth}$ day in february, in the year, two thousand and seventeen.

L.S.

glenn winningham; house of fearn, sui juris
living soul, holder of the office of "the people"
man on the land known as Arizona
with full responsibility for my actions
under the laws of yhwh as found in the holy bible
with a postal address of;

General Post-office. Zip Code Exempt
[Glenn Winningham; house of Fearn]
c/o 1664 East Florence Boulevard, #4219
Casa Grande, Arizona [RFD 85122]
Non-Domestic, without the UNITED STATES