| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAY 19 2017<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| GLENN WINNINGHAM,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>DONALD BAKER, Deputy Clerk; et al.,<br><br>        Defendants-Appellees. | No.   17-15243<br><br>D.C. No. 2:17-cv-00170-DKD<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: REINHARDT, WARDLAW, and CALLAHAN, Circuit Judges.

Upon a review of the record and the response to the court's March 24, 2017 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 3), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

**DISMISSED**.

sz/MOATT